```
1  KEVIN V. RYAN (SBN 118321)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Acting Chief, Civil Division
3  JONATHAN U. LEE (SBN 148792)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Tenth Floor
5      San Francisco, California 94102
       Telephone:        (415) 436-6909
6      Facsimile:        (415) 436-6748
       Email: jonathan.lee@usdoj.gov
7
   Attorneys for Defendant
8
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| LEANDER GREEN, | No. C 05-1514 CW |
| Plaintiff, | STIPULATION AND ~~(PROPOSED)~~ ORDER SELECTING ADR PROCESS; |
| v. | ADR CERTIFICATION |
| UNITED STATES, | |
| Defendant. | |

The parties stipulate to participate in the following ADR process:  Mediation

DATED: July 22, 2005          MICHAEL F. WOHLSTADLER

                              _____/s/_____
                              By: MARK W. MANDEL
                              Attorneys for Plaintiff Leander Green

DATED: July 5, 2005           KEVIN V. RYAN
                              United States Attorney

                              _____/s/_____
                              JONATHAN U. LEE
                              Attorneys for Defendants

**IT IS SO ORDERED:**

DATED: ~~8/9/05~~                        /s/ CLAUDIA WILKEN

                              UNITED STATES DISTRICT COURT JUDGE

ADR STIPULATION
C 05-1514 CW                    -1-

**SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

DATED: July 22, 2005                    MICHAEL F. WOHLSTADLER

                                        /s/
                                        By: MARK W. MANDEL
                                        Attorneys for Plaintiff Leander Green


DATED: July 22, 2005                    KEVIN V. RYAN
                                        United States Attorney

                                        /s/
                                        JONATHAN U. LEE
                                        Attorneys for Defendants