KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Acting Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney

    450 Golden Gate Avenue, Tenth Floor
    San Francisco, California 94102
    Telephone:    (415) 436-6909
    Facsimile:  (415) 436-6748
    Email: jonathan.lee@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| LEANDER GREEN, | ) | No. C 05-1514 CW |
|     Plaintiff, | ) ) ) | **STIPULATION AND ORDER REGARDING CONSENT TO MAGISTRATE JUDGE MARIA-ELENA JAMES** |
| v. | ) ) | |
| UNITED STATES, | ) ) | |
|     Defendant. | ) ) | |

STIPULATION and ORDER
C 05-1514 CW                         -1-

Following the initial case management conference on August 12, 2005, the parties have met and conferred as requested by the Court and as a result, subject to the approval of the Court, the parties by and through their attorneys of record have agreed to stipulate to the assignment of this case to United States Magistrate Judge Maria-Elena James.  In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned parties hereby voluntarily consent to have  United States Magistrate Judge James conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED: August 26, 2005                MICHAEL F. WOHLSTADLER

                                      /s/
                                      By: MARK W. MANDEL
                                      Attorneys for Plaintiff Leander Green


DATED: August 26, 2005                KEVIN V. RYAN
                                      United States Attorney

                                      /s/
                                      JONATHAN U. LEE
                                      Attorneys for Defendants

**IT IS SO ORDERED:   The parties shall contact Judge James to set a new date for trial and pretrial conference.  All other dates remain in effect unless changed by Judge James.**

DATED:  9/1/05                        /s/ CLAUDIA WILKEN

                                      UNITED STATES DISTRICT COURT JUDGE

STIPULATION and ORDER
C 05-1514 CW                          -2-