IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANDER GREEN JR., | No. C 05-1514 MEJ |
| Plaintiff(s), | |
| vs. | **NOTICE OF REFEERRAL** |
| UNITED STATES OF AMERICA, | |
| Defendant(s). | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to 28 U.S.C. 636(b)(1)(B), this matter has been referred to Magistrate Judge Maria-Elena James for Trial. All future filings shall reflect the initials "MEJ" after the case number, as designated above. Please conform your filings accordingly. The Court shall not schedule a trial date at this time. Rather, the parties shall file a joint status letter upon completion of the mediation process.

Further, the parties shall comply with Judge James' standing order regarding discovery and dispute procedures, a copy of which may be obtained from the Northern District of California's website at http://www.cand.uscourts.gov/. From the homepage, click on the "Judges" tab on the left margin, then choose Magistrate Judge James.

Finally, when filing papers that require the Court to take any action (e.g. motions, meet and confer letters, administrative requests), the parties shall, in addition to filing papers electronically, lodge with

chambers a printed copy of the papers by the close of the next court day following the day the papers are filed electronically. These printed copies shall be marked "Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with Judge James' name, case number and "E-Filing Chambers Copy." Parties shall not file a paper copy of any document with the Clerk's Office that has already been filed electronically.

**IT IS SO ORDERED.**

Dated: September 9, 2005

MARIA-ELENA JAMES
United States Magistrate Judge

2