KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney

    450 Golden Gate Avenue, Tenth Floor
    San Francisco, California 94102
    Telephone:    (415) 436-6909
    Facsimile:    (415) 436-6748
    Email: jonathan.lee@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| LEANDER GREEN, | ) | No. C 05-1514 MEJ |
|     Plaintiff, | ) | |
| v. | ) | **STIPULATION AND (PROPOSED) ORDER REGARDING LEAVE OF COURT TO TAKE PLAINTIFF's DEPOSITION** |
| UNITED STATES, | ) | |
|     Defendant. | ) | |

STIPULATION and PROPOSED ORDER
C 05-1514 MEJ                      -1-

THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, STIPULATE AS FOLLOWS:

Under Federal Rule of Civil Procedure 30(a)(2), leave of court is required for a deposition of a person "confined in prison." Plaintiff Leander Green is currently confined in prison at San Quentin. The parties have scheduled a mediation for February 24, 2006. The parties agree that Mr. Green's deposition should occur before the mediation. Therefore, the parties are seeking the Court's leave to take Mr. Green's deposition while he is confined in prison. This stipulation is made under Civil Local Rule 7-11.

SO STIPULATED.

DATED: January 13, 2006         MICHAEL F. WOHLSTADLER

                                 _____/s/_____
                                 By: MARK W. MANDEL
                                 Attorneys for Plaintiff Leander Green


DATED: January 13, 2006         KEVIN V. RYAN
                                United States Attorney

                                 _____/s/_____
                                 JONATHAN U. LEE
                                 Attorneys for Defendants

**IT IS SO ORDERED:**

DATED: January 17, 2006



STIPULATION and PROPOSED ORDER
C 05-1514 MEJ                    -2-