IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANDER GREEN JR.,<br><br>    Plaintiff(s),<br><br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant(s).<br>_____/ | No. C 05-1514 MEJ<br><br>**ORDER RE: CASE MANAGEMENT DEADLINES AND TRIAL DATE** |

    The Court is in receipt of the parties' Stipulation Regarding Case Management Deadlines and Trial Date, filed March 3, 2006. The parties are hereby advised that Case Management Order issued by Judge Wilken is no longer in effect; rather, the Court intended to re-schedule case management deadlines only if the parties were unsuccessful in their mediation attempts. However, if the parties wish for the Court to schedule deadlines at this time, they shall file a joint case management statement, using the undersigned's Standing Joint CMC Statement and Proposed Order form, which may be found on the Court's website. Upon review of the parties' statement, the Court shall issue a case management order, or schedule a case management conference if necessary.

**IT IS SO ORDERED.**

Dated: March 6, 2006

_____
MARIA-ELENA JAMES
United States Magistrate Judge