IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANDER GREEN, | No. C 05-1514 MEJ |
| Plaintiff(s), | |
| vs. | **AMENDED CASE MANAGEMENT ORDER RE: FINAL PRETRIAL CONFERENCE** |
| UNITED STATES, | |
| Defendant(s). | |

On March 20, 2006, the Court issued a Case Management Order in the above-captioned matter. Due to inadvertent error, the Order provides that a Final Pretrial Conference will take place on February 19, 2007, which is the same date that the trial is scheduled to commence. The correct date for the Final Pretrial Conference is February 15, 2007 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: March 20, 2006

MARIA-ELENA JAMES
United States Magistrate Judge