1  KEVIN V. RYAN (SBN 118321)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  JONATHAN U. LEE (SBN 148792)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Tenth Floor
5      San Francisco, California 94102
       Telephone:      (415) 436-6909
6      Facsimile:      (415) 436-6748
       Email: jonathan.lee@usdoj.gov
7
   Attorneys for Defendant
8

9                        UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11                           SAN FRANCISCO DIVISION

12 | LEANDER GREEN,              )   No. C 05-1514 MEJ
                                 )
13 |     Plaintiff,               )   **STIPULATION AND [PROPOSED]**
                                 )   **ORDER FOR DISMISSAL WITH**
14 |     v.                       )   **PREJUDICE**
                                 )   **ORDER CLOSING FILE**
15 | UNITED STATES,               )
                                 )
16 |     Defendant.               )
                                 )

STIPULATION and PROPOSED ORDER
C 05-1514 MEJ                         -1-

1   THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, HEREBY
2   SUBMIT THE FOLLOWING STIPULATION:
3   Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), Plaintiff LEANDER
4   GREEN and Defendant UNITED STATES OF AMERICA stipulate to the dismissal with
5   prejudice of <u>Green v. United States</u>, Northern District of California case number C 05-1514
6   MEJ.  Each party will bear its own costs.

8   DATED:      June 23, 2006            /s/
                                          LEANDER GREEN
9                                         Plaintiff

10  DATED:      June 23, 2006           MICHAEL F. WOHLSTADLER

12                                        /s/
                                          By: MARK W. MANDEL
13                                        Attorneys for Plaintiff Green

14  DATED:      July 5, 2006            KEVIN V. RYAN
15                                        United States Attorney

16                                        /s/
                                          JONATHAN U. LEE
17                                        Attorneys for Defendants

**BASED ON THE FOREGOING STIPULATION, IT IS SO ORDERED:**

20  DATED: July 7, 2006

21                                        HON. MARIA-ELENA JAMES
                                          United States M...



STIPULATION and PROPOSED ORDER
C 05-1514 MEJ                            -2-